## Commonwealth, Appellant, *v.* Selby.

Argued March 27, 1973. *David Richman*, Assistant District Attorney, with him *Arthur R. Makadon*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellant; *Malvin L. Skaroff*, with him *Skaroff and Skaroff*, for appellee.

Order affirmed.

## Commonwealth *v.* Simmons, Appellant.

Argued March 28, 1973. *Robert J. Edelmayer*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *J. David Bean*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.